LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX: (818) 547-3100

Susan L. Vaage, SBN 83125
e-mail: svaage@grahamvaagelaw.com
Miguel A. Ortiz, SBN 245137
e-mail: mortiz@grahamvaagelaw.com

Attorneys for Creditor, Banco Popular North America

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 7 |
| MAGED GEORGE ZAKHARY | CASE NO. 8:08-bk-18366-ES |
| Debtor. | ADV. NO. 8:09-01335-ES |
| | |
| BANCO POPULAR NORTH AMERICA, A NEW YORK CORPORATION | **ORIGINAL PROOF OF SERVICE RE: SUMMONS AND NOTICE OF STATUS CONFERENCE** |
| Plaintiff, | |
| vs. | |
| MAGED GEORGE ZAKHARY | |
| Defendant. | |

///
///
///
///

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| SUSAN L. VAAGE (SBN 83125)<br>Graham Vaage LLP<br>500 N. Brand Blvd., Ste. 1030<br>Glendale, CA 91203<br>Telephone: (818) 547-4800  Telecopier: (818) 547-3100<br><br>*Attorney for Plaintiff* Banco Popular North America | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: MAGED GEORGE ZAKHARY<br><br>Debtor. | CHAPTER 7<br>CASE NUMBER 8:08-bk-18366-ES<br>ADVERSARY NUMBER 8:09-01335 ES |
|---|---|
| BANCO POPULAR NORTH AMERICA<br>Plaintiff(s),<br>vs.<br>MAGED GEORGE ZAKHARY<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __JUL 0 1 2009__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: **AUG 2 0 2009**  Time: 9:30AM    Courtroom: 5A    Floor: 5 |
|---|
| ☐ 255 East Temple Street, Los Angeles    ☒ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **JUN 0 1 2009**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                                                      F 7004-1

| In re: MAGED GEORGE ZAKHARY | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER: 8:08-bk-18366-ES<br>ADV. CASE NO.: 8:09-01335-ES |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described <u>SUMMONS AND NOTICE OF STATUS CONFERENCE- ORIGINAL PROOF OF SERVICE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **<u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served):
On <u>June 3, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor Maged George Zakhary
49 Northampton Court
Newport Beach, CA 92660

Debtor's Attorney Michael E. Hickey
930 W 17th St Ste A
Santa Ana, CA 92706

Debtor's Attorney Donald Segretti
19800 McArthur Boulevard, Suite 1000
Irvine, CA 92612

Bankruptcy Trustee Thomas H. Casey
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

☐ Service information continued on attached page

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/03/2009 | LIZ MARQUEZ | /S/ LIZ MARQUEZ |
|---|---|---|
| Date | Type Name | Signature |

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

3

Original Proof of Service Re Summons and Notice of
Notice of Status Conference

In re Maged George Zakhary
USBC Case No.: 8:08-bk-18366-ES