LAW OFFICES

# GRAHAM • VAAGE LLP

500 NORTH BRAND BOULEVARD
SUITE 1030
**GLENDALE, CALIFORNIA 91203**
(818) 547-4800  FAX: (818) 547-3100

**Susan L. Vaage, SBN 83125**
e-mail: svaage@grahamvaagelaw.com
**Miguel A. Ortiz, SBN 245137**
e-mail: mortiz@grahamvaagelaw.com

Attorneys for Creditor, Banco Popular NA

**FILED & ENTERED**

**JAN 19 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | **Chapter 7** |
| MAGED GEORGE ZAKHARY | **CASE NO. 8:08-bk-18366-ES** |
| Debtor. | **ADV. NO.  8:09-ap-01335-ES** |
| | |
| BANCO POPULAR NORTH AMERICA, A NEW YORK CORPORATION | **ORDER ON STIPULATION FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |
| Plaintiff, | |
| vs. | |
| MAGED GEORGE ZAKHARY | |
| Defendant. | |

## ORDER

Upon the filing of the foregoing stipulation between Banco Popular North America, and Debtor, Maged George Zakhary.

1

1  IT IS HEREBY ORDERED that this Court shall retain jurisdiction to hear any matters or disputes

2  arising from or relating to this Stipulation.

3  ###

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  DATED: January 19, 2010

26  United States Bankruptcy Judge

27

28



2

Order on Stipulation for Court                    In re Maged George Zakhary
to Retain Jurisdiction                            USBC Case No.: 8:08-bk-18366-ES

GRAHAM  VAAGE  LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

| In re: MAGED GEORGE ZAKHARY | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER:  8:08-bk-18366-ES<br>ADVERSARY No.: 8:09-ap-01335-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described [PROPOSED] ORDER ON STIPULATION FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Maged George Zakhary
49 Northampton Court
Newport Beach, CA 92660

Debtor's Attorney Donald Segretti
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612

Bankruptcy Trustee Thomas H. Casey
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

☐ Service information continued on attached page

**GRAHAM  VAAGE  LLP**
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX (818) 547-3100

Order on Stipulation for Court
to Retain Jurisdiction

In re Maged George Zakhary
USBC Case No.: 8:08-bk-18366-ES

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E MAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/18/2010 | LIZ MARQUEZ | /S/ LIZ MARQUEZ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

GRAHAM  VAAGE  LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

4

Order on Stipulation for Court                    In re Maged George Zakhary
to Retain Jurisdiction                             USBC Case No.: 8:08-bk-18366-ES

| **In re:** MAGED GEORGE ZAKHARY | **CHAPTER:** 7 |
|---|---|
| Debtor. | **CASE NUMBER:  8:08-bk-18366-ES**<br>**ADVERSARY No.: 8:09-ap-01335-ES** |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>ORDER ON STIPULATION FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT</u> was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Bankruptcy Trustee Thomas H Casey     msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
Attorney for Debtor Donald Segretti      dsegretti@aol.com
United States Trustee (SA)              ustpregion16.sa.ecf@usdoj.gov
Susan L Vaage                          savage@grahamvaagelaw.com

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor Maged George Zakhary
49 Northampton Court
Newport Beach, CA 92660

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**GRAHAM   VAAGE  LLP**
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

Order on Stipulation for Court                          In re Maged George Zakhary
to Retain Jurisdiction                                   USBC Case No.: 8:08-bk-18366-ES